**Opinion issued September 18, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00380-CV

———————————

**MABEL NEBO GIBSON, Appellant**

**V.**

**EKTO HOLDINGS TRUSTEE OF 17330 BARONSHIRE TRUST UDT 6/25/13, Appellee**

---

On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 1045664

---

## MEMORANDUM OPINION

Appellant, Mabel Nebo Gibson, has neither established indigence nor paid,

or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R.

APP. P. 20.1, 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.